# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEOPOLDO RODRIGUEZ-MEDINA, <br><br> Defendant. | Case No.: 20-cr-03166-DMS <br><br> **ORDER AND JUDGMENT GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |

IS HEREBY ORDERED that the United States' Motion to Dismiss the charges under the above-referenced case number currently pending against the Defendant, LEOPOLDO RODRIGUEZ-MEDINA, be granted. The dismissal shall be without prejudice.

**SO ORDERED.**

Dated: June 7, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court